# In the United States Court of Federal Claims

No. 11-451C
Filed: August 18, 2011

```
*************************************
                                    *
LINC GOVERNMENT                     *
SERVICES, LLC,                      *
                                    *
        Plaintiff,                  *
                                    *
v.                                  *
                                    *
THE UNITED STATES,                  *
                                    *
        Defendant.                  *
                                    *
*************************************
```

## ORDER

On August 17, 2011, the Government filed a Notice Of Corrective Action And Motion To Dismiss, informing the court that the United States Army Engineering and Support Center, Huntsville has decided to take corrective action and allow Plaintiff to continue to participate in the September 22, 2010 Request For Proposals for medical repair and renewal services. The Government argues that, as a result of the corrective action, the claims alleged in the July 8, 2011 Complaint are moot, and should be dismissed pursuant to RCFC 12(b)(1). Plaintiff does not oppose the Government's Motion To Dismiss.

For these reasons, the court has determined that it does not have jurisdiction to adjudicate the claims alleged in the July 8, 2011 Complaint. Accordingly, the Government's August 17, 2011 Motion To Dismiss is granted, pursuant to RCFC 12(b)(1). The Clerk of the United States Court of Federal Claims is directed to dismiss the July 8, 2011 Complaint.

**IT IS SO ORDERED**.

 s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**